Owen v Watchtower Bible & Tract Socy. of N.Y., Inc. (2024 NY Slip Op 05451)

Owen v Watchtower Bible & Tract Socy. of N.Y., Inc.

2024 NY Slip Op 05451

Decided on November 6, 2024

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 6, 2024
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
JOSEPH J. MALTESE
LILLIAN WAN
DONNA-MARIE E. GOLIA, JJ.

2024-01952
 (Index No. 511807/21)

[*1]Daniel Owen, respondent, 
v
Watchtower Bible and Tract Society of New York, Inc., et al., defendants, Governing Body of Jehovah's Witnesses, appellant.

Wade Clark Mulcahy LLP, New York, NY (Carl J. Schaerf of counsel), for appellant.
Robins Kaplan LLP, New York, NY (Rayna E. Kessler and Caroline A. McMahon of counsel), for respondent.

DECISION & ORDER
In an action to recover damages for personal injuries, the defendant Governing Body of Jehovah's Witnesses appeals from an order of the Supreme Court, Kings County (Sabrina B. Kraus, J.), dated November 15, 2023. The order denied that defendant's motion pursuant to CPLR 3211(a) to dismiss the complaint insofar as asserted against it.
ORDERED that the order is affirmed, with costs.
The plaintiff commenced this action pursuant to the Child Victims Act (see CPLR 214-g) against the defendant Governing Body of Jehovah's Witnesses (hereinafter the Governing Body), among others, alleging that the Governing Body was liable under different theories of negligence for sexual abuse perpetrated against the plaintiff by a ministerial servant named Robert Warne during the years 1965-1971, when the plaintiff was a member of the defendant Middleport Congregation of Jehovah's Witnesses, Middleport, New York. The Governing Body moved pursuant to CPLR 3211(a) to dismiss the complaint insofar as asserted against it, contending, among other things, that dismissal was warranted pursuant to CPLR 3211(a)(7) and (8). In an order dated November 15, 2023, the Supreme Court denied the motion. The Governing Body appeals.
For the reasons stated in RKJW1 Doe v Watchtower Bible and Tract Society of New York, Inc. ( _____ AD3d _____ [decided herewith]), the Supreme Court properly denied the Governing Body's motion pursuant to CPLR 3211(a) to dismiss the complaint insofar as asserted against it.
IANNACCI, J.P., MALTESE, WAN and GOLIA, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court